Paul V. WINTERS, Jr., Appellant,

v.

The UNITED STATES of America, Lt. Colonel Andrew L. Galdi, Commanding Officer, 6th Communication Battalion, Force Troops, FMF, USMCR, and Lt. Colonel David D. Kelley, Jr., Inspector-Instructor, 6th Communication Battalion, Force Troops, FMF, USMCR, Colonel Edwin Shifflett, Director 1st Marine Corps District, Appellees.

No. 399, Docket 32095.

United States Court of Appeals Second Circuit.

Argued Feb. 21, 1968.

Decided Feb. 21, 1968.

Moses F. Falk, New York City, for appellant.

Howard L. Stevens, Asst. U. S. Atty. (Joseph P. Hoey, U. S. Atty., Eastern District of New York), for appellees.

Before FRIENDLY and SMITH, Circuit Judges, and GIGNOUX, District Judge.*

PER CURIAM:

The judgment is affirmed on Judge Dooling's well-reasoned opinion, 281 F. Supp. 289. The stay is vacated and the mandate will issue forthwith.

* Of the District Court of Maine, sitting by designation.

UNITED STATES of America, Appellee,

v.

Robert Lee DAVIS, Defendant-Appellant.

No. 247, Docket 31400.

United States Court of Appeals Second Circuit.

Argued Jan. 22, 1968.

Decided March 6, 1968.

John Cassidento, Asst. U. S. Atty., New Haven, Conn. (Jon O. Newman, U. S. Atty. for District of Connecticut, New Haven, Conn., on the brief), for appellee.

Ira B. Grudberg, New Haven, Conn. (Jacobs, Jacobs, Grudberg & Clifford, New Haven, Conn., on the brief), for defendant-appellant.

Before MEDINA, MOORE and ANDERSON, Circuit Judges.

PER CURIAM.

We affirm on the opinion of Judge Zampano below, 279 F.Supp. 920 (D. Conn.1967). We merely add that United States v. Stepler, 258 F.2d 310 (3rd Cir. 1958), which is relied upon by appellant, is distinguishable principally because it involved unlawful action on the part of a Draft Board in classifying a registrant.

Affirmed.